TODD BLANCHE
U.S. Deputy Attorney General
JORDAN FOX
Chief of Staff & Associate Deputy
 Attorney General
Special Attorney
JOHN S. CROSBY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 353-6023
John.crosby@usdoj.gov
*Attorneys for the Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE AMILICAR BENITEZ CASTRO, | HON. JULIEN XAVIER NEALS |
| *Petitioner*, | *Civil Action No.* 25-17598 (JXN) |
| v. | **STIPULATION AND  ORDER OF DISMISSAL** |
| LUIS SOTO, *et al.*, | |
| *Respondents.* | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties,

that this action shall be and hereby is dismissed without prejudice and without costs

or attorneys' fees to either party. Additionally, any stay on the transfer or transport

of Petitioner is hereby lifted by agreement of the parties.

By:    */s/ Catherine E. Reilly*
     CATHERINE E. REILLY
     *Attorney for Petitioner*

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
 Attorney General
Special Attorney

By:    /s/ *John S. Crosby*
       JOHN S. CROSBY
       Assistant United States Attorney
       *Attorneys for Respondents*

\* It is also ORDERED that Petitioner's Motion to
Enforce Judgment (ECF No. 9) is terminated.


So ORDERED on 2/26/2026:


HONORABLE JULIEN XAVIER NEALS
United States District Judge

2